Mr. Koon Wai You is a United States national, as he demonstrated in the proceedings below. Yet a respondent seeks to deport him, arguing that this court does not have the exclusive authority granted by Congress to determine his nationality claim, as Mr. Koon Wai You has a final removal order. I want to address the question raised by this court regarding an application to the Secretary of State. Mr. Koon Wai You has not applied to the Secretary of State, and the reason for not doing so highlights why this court is the sole mechanism for determining his nationality. When his attorney began preparing the parallel nationality claim to present to the State Department, he discovered it would be futile. The State Department has staked out a policy position with an unlawfully restrictive reading of the statute, and there would be no judicial review of such a reading. The policy laying out this unlawfully restrictive reading is referenced in the record at 248 and 310, but actually the correct current citation is 8 FAM 308.9-5E. Furthermore, it would have served no purpose to have a decision from the State Department, as illustrated by this court's decision in Montaca Vega. In fact, in Mr. Koon Wai You's case, the immigration judge herself, in denying the continuance for time to apply to the State Department, referenced 1252-B-5, which says that this court, or the district court, by transferring to the district court if there is a nationality clause. Do you agree? Could you just tell us what you object to in the definition? Why did he decide not to apply? Sure. Yeah. I mean, the policy position taken by the State Department is that it would not, Mr. Koon Wai You's mother would not have been a national from her birth, right, so that it does not accrue back to her birth, which is something that the agency below actually assumed happens, right? That they assume that it does accrue from birth. But that's not the position in the Foreign Affairs Manual, right, which this court has found does not have the authority even of regulation, but that's the position taken by the State Department, and why it would have been futile to apply to the State Department. Is that a longstanding interpretation by State Department, or is this something new? I'm just curious. I mean, again, it's referenced the prior versions of it, that's why I gave you the new citation because the Foreign Affairs Manual has been sort of reworked, and so if you look at those citations, and nothing comes up, so that's why I gave you that new citation, but as far as I know, that policy has gone back. The attorney had not sort of discovered it, right, and so hence the arguments below that we needed time, but then upon sort of better research, right, discovered that policy, and that it would be futile to apply to the State Department. So why shouldn't we be quite concerned about that, given that the statute says he needs approval from the State Department? Right. So, you know, this court, you know, has recognized that the Constitution guarantees judicial review of nationality claims, right, and Congress has written a statutory scheme for such review. But why isn't the review, we look at, okay, has he met the requirements, and one of the requirements is whether he got permission from the State Department, and that's still reviewed by us. So there isn't, you know, there isn't a, I guess the statutory note, right, I mean, I think that's the argument, right, that the statutory note creates a substantive requirement of application, and I think that, you know, that's what the statutory note does, right, is it creates a transitional scheme for folks born before 86 to get confirmation of their status before they access benefits, right, we can see that in Section 2, right, where Section 2 references voting in American Samoan elections, right, which is one benefit of U.S. nationality, right, so that's what Congress is doing there, Congress is not removing the exclusive authority, 1252b-5, right, and actually 1252b-5c, which is enacted in 1996, so ten years after, you know, the amendment creating 1404 is done in 1986, Congress, you know, does not process in 1252b-5 for a determination of nationality, right, that reads, you know, petitioner may have such nationality claim decided only as provided in this paragraph, and you know, in 12, and so for someone who has, right, and I guess that the contrast I see is, for someone, say, like Mr. Kunuayu's mother, right, she was not in removal proceedings, and she accessed the transitional scheme provided for in the statutory note, she applied as nationality confirmed before she was able to go on and access benefits, but for someone like Mr. Kunuayu, who has a final order of removal, you know, exclusive jurisdiction, Congress gives exclusive jurisdiction to this court in 1252b-5, right, because there's no issues of material fact, this, and state that this court shall decide the nationality, right, so, so the statutory note cannot create a sort of separate, you know, substantive requirement that, you know, when, when, you know, Congress has been clear that the process is only through, for someone that the final order of removal is only through this court, right, or if there's issues of material facts by transfer. Is it your position that this, this note is now, you know, what, which was Section B, 15b, you say it's a transitional provision that only applies if it meant to operate for the attainment of benefits besides voting? I mean, nothing more than that, because the plain wording of the statute is not limited to just obtaining benefits or not, it's about whether or not the person has the benefit of subsection A, which is the determination of nationality, so it's much I mean, I think that, again, like, what, what subsection B does is it offers a pathway for confirmation of, of U.S. nationality, right? And again, we don't disagree that that is a pathway that is available for folks born, and that's the pathway for folks who are not in removal proceedings, that's the pathway that Congress sets up. What is the language you're using to say that it's just a confirmation? I mean, it sounds like a requirement, not a confirmation. So can you explain where this idea that it's just a confirmation comes from? Sure. I guess to me, it's that, you know, Congress is explicit, and 10 years after 1986, you know, puts in, in, you know, in 1252b-5c, right, puts in, you know, just crystal clear language that for folks who are, have a final order of removal, that the only process, the only venue for is court, right, or again, by transfer to the district court. And, and so that, you know, the, the reading that preserves, right, both, both the language of section B, right, and Congress's later enacted clear, you know, clear delegation of exclusive authority, you know, to the process in, in, in B-5, in 1252b-5, the only reading is, is to say, yes, that Congress, you know, created a transitional scheme in, in B to allow for confirmation of status. This court, because Mr. Kunwayu has a final order, this court has that authority, you know, over, over Mr. Kunwayu's claim, right. And so, you know, that's the, that's the reading that preserves, that preserves Congress's scheme, right, that, that for folks who are not in removal proceedings, that yes, that, that scheme applies, that you apply the Secretary of State, but for someone who isn't, you know, who is in removal proceedings, or who had a final order of removal, like Mr. Kunwayu, that this court is the, is the jurisdiction. But we still have to apply the language that says shall not be considered to be conferred. I'm not sure, so I don't understand how that gets reconciled with what we have to do if we are reviewing. Right, so I guess that if, you know, if, if respondents reading is correct, right, then, then only the Secretary of State can confer, right, and, and so then this court... Well, it's not a, it's not a complete provision. It's a necessary, but not necessarily sufficient. There's still a role for the court. So even if the Secretary were to, to indicate its, his or her satisfaction with the conditions and satisfied, the court still has to review for its own, to its own satisfaction that the requirement, the requisites of subsection A are met. So there's still a role for judicial review, but this is a predicate. It is a gatekeeper to a certain extent, because if the gatekeeper says no, you don't get there. But it's not necessarily, it's not completely delegated. It's just one condition among several conditions. So I guess what I don't, is, is it, and if the Secretary of State denies, is there review of that? I mean, I guess that's where I don't, you know, that's where I think I, the, the reading provided by respondent, I think fails, right? Is that, is that if it's only the Secretary of State that can confer it, right? Then where is the role for the courts, right? As provided by Congress in 1252B5, right? I, I think that that's where the, the reading that, that Congress has provided an option, right? For folks who are not in removal proceedings, right? It said, yes, has provided for, that's the process, you know, for, for folks who are not in removal proceedings. We agree, right? That, that is the process. And again, that's what my client's mother, the process my client's mother But for someone in removal proceedings, you know, the process is through this court, right? And actually, you know, this court in, in scales recognize that the Secretary of State's power, right? Is, is over folks who are outside of the United States, that that's where the Secretary of State's powers lie, right? And that's in, you know, 1104, 8 U.S.C. 1104, right? Is the, is a statutory citation for that. You know, and, and so that, you know, that is, that is, you know, that's sort of what we're saying, right? Is for, again, for folks who are not in removal proceedings, you know, they can go to the Secretary of State, but for folks who are in removal proceedings, just like in scales, right? The Secretary of State doesn't have that power. Mr. Wurtz, Judge Gould, if I may, please just interject for a second. The question I have is this, if the Secretary of State's approval is a term imposed by statute, then under your theory of the case, what does our panel have to hold has happened to the statute? Is the statutory term given the role to the Secretary of State? Is that unconstitutional or is it invalid based on conflict with something else? What exactly would you have us hold? Yeah, I think that, I think that I see that sort of reading that language to apply to, to those who have a final order of removal, right? It, you know, to not have that apply, right? That is the way to avoid, to avoid constitutional problems and to ensure that the, you know, cohesiveness of the statutory scheme that Congress enacted, right? And so that, that, that language does not apply to the removal proceedings, right? And, and Congress, again, 1252b5 was in place beforehand. Congress makes it even more clear 10 years after that for those in removal proceedings, there is, you know, exclusive authority in this court, right? That there's not a prior process through anyone else, but that this court has the exclusive authority for determining nationality claims. So, so I guess that's, that's the way I see it read is that, you know, is that to avoid the review and, and, and in, in sort of adherence to the scheme that Congress enacts in, you know, in, in 12, in 1252b5, that that's, that's the way to read that so that there, there are not problems. But what would the words be? You want us to construe it in a way that it doesn't apply. You're not saying it's unconstitutional. You're not saying you just totally ignore it because it exists. What would the words, how should we, what are the words that you would insert or delete? How would we read this under your interpretation to jive with 1252b5? Right. What words would you put in the B, subsection B? I think just except for those with final order, orders of removal. I mean, I think that's, that's all that. And again, Congress, you know, Congress knew about 1252b5 at the time and the, and to believe that Congress in a statutory note, right? Again, they, you know, we believe it's binding law, right? But they chose to put it in a statutory note and to believe that Congress would have sort of overruled 1252b5's clear delegation of exclusive authority to this court or again, to the, to the district court by transfer in a statutory note to me feels like a hard... Isn't the statutory note argument inconsistent with the principle that any public law that's enacted by Congress is law? I, I, I'm not sure what good your statutory note point is. Sure. Again, I think we agree that it's, that's binding law and we're not trying to argue that, but I guess that, that Congress would choose to do, to make such a decision in something that they chose to have be a note. Isn't it made by like a staff member or something though? Congress didn't vote on putting it in a note, right? Actually, I think they, I think they did. If you, if you look at, if you look at the, the, sort of the language itself of the enacting statute, sort of, they say that this language shall be part of 14084 and, and sort of this language, you know, is then just a note, right? So, so Congress... When do they say it has to be in a note? I, I didn't remember that if they did. Maybe they did and I'm just forgetting, but I didn't, I don't remember seeing that. Yeah. I mean, again, I, I will try to look up that site and I'm running out of time, so maybe I can give it to you on rebuttal. But, but, but, but, you know, again, my, my memory is that there is explicit language where Congress decides where to place, where to place the language. Some of it goes into 14084 and some is the statutory note. And so that's sort of what we're saying is that the decision to place in the statutory note, I find it, you know, hard to believe that, that that's, Congress is overruling this, these clear, you know, statutory scheme for, for review and exclusive authority in something that they chose to be a statutory note. Mr. Warden, let me just say, I'm going to have to ask Stacey to add three minutes to your time. Thank you. You'll get the rebuttal that you wanted. But when you come back, I wanted to let you know, I sort of share what I think may have been a underlying the question from Judge Chant. That is, if you want us to rule for you as a matter of statutory construction, then what with precision is the language that you would have us read into the statute as, as a necessary component of your client getting relief. And you also might be ready to answer my question to you as to what's your best authority that we have the ability to do that. Thank you. Okay. Thank you. Now, Ms. Melnyk, who came so far for our hearing today, remotely though, but still distant in the Capitol. Can you hear me? Okay, great. I can hear you clearly and I can see you. Great. Thank you. All right. May it please the court, Karen Melnyk for the United States. The board properly determined that petitioner did not rebut the presumption of alienage because he did not fulfill like his mother did before him to the satisfaction of the Secretary of State section 1404 requirements. So on this record and on that basis, the court should deny the petition for review to answer the court's question that it posed before argument, it would not make a difference whether or not there was a pending application before the Secretary of State, whether or not one was denied because the unambiguous terms of the statute dictate that he is not a U.S. national. He's not a U.S. national because he was not born of parents, one of whom was a U.S. national. While his mother was born of a U.S. national at the time of her birth, petitioner's maternal grandmother was a U.S. national. So through Congress's grace in that statute, she was able to become subsequent to 1986 a U.S. national. Petitioner was born in 1967 under the same law that his mother was born under, which at the time required that you have two U.S. to become a U.S. national. But the thing is the petitioner is under the same requirements that his mother was. And the difference is he was not born to or born of a U.S. national because U.S. nationality was not conferred upon her per the statute until she satisfied to the Secretary of State these requirements. There's nothing in the statute that suggests that it's retroactive to the date of the statute being passed, that it's retroactive to the birth of the person seeking nationality. What the persons who are considered nationals at birth are those who were born on or after the statute's passage. And as Judge Freeland pointed out, the location of where 15b is in the code is not determinative. It's all the statute passed by Congress. It's a requirement. And it specifically says those born before must satisfy this requirement as his mother did. He did not. And I would suggest that it's not a policy reading by the Secretary of State, but it's a plain language interpretation of the statute itself. But your point is not quite as plain and simple as the other point. The other the point we've been discussing with Mr. Ford Hertz is clear on his face. Here it does require some interpretation. We have to take into account that 1408 starts with the at-birth language. And then when you say a person born of parents, one of which is a national, does that mean at the moment or could that person, does the mother's nationality go back? I mean, that would require some interpretation. It seems to me this one does not. The only question is, I guess your opponent is arguing that the way it plainly reads somehow conflicts with 1252b5 exclusive jurisdiction to determine nationality. It would help me if you would address that issue. No, the government is not suggesting that this court doesn't have jurisdiction to review the nationality claim. I don't think we ever may took that position in our brief. But he argued that the statute essentially delegates in a way that is inconsistent with 1252 to the Secretary. So I'd just like you to respond to that. Why isn't his argument meritorious? Well, I think your honor made the point, and this is where the government would agree that even though it's a requirement to becoming a national, it's still the role of the court to make the final determination. It's a condition. I think your honor used the term gatekeeper. I don't think there is a conflict at all. I think this court has the jurisdiction to review it, and I don't believe there's a conflict there. I wasn't totally clear whether when you were arguing about whether the national status goes back to birth, whether you were invoking the argument that his mother's nationality didn't go back to birth, or just the fact that you think this approval from the Secretary of State is actually a requirement for petitioner. You talked a lot about this back to birth point, and I'm trying to figure out which of the arguments you're using that for, because I didn't really think your focus had been about when the mother's nationality was... In your brief, I didn't think your focus was really on the mother. Well, I didn't focus on that because the board didn't focus on it. The board just without analysis and just matter of assumption took a somewhat superficial but valid path to finding no nationality, and that is that the petitioner did not fulfill that requirement, the satisfaction of the Secretary of State. You go one layer below, and it's, well, what's the case really about? I think I had it at a footnote just because I... But you had it at a footnote, and I think the BIA actually assumed that he didn't have a problem on that count at all. It seemed like you maybe today are shifting your focus, and I'm interested in why. Well, because as I was also researching and writing the brief, that the petitioner himself was not born of a US national, that his mother, through the grace of Congress, who can limit that grace, was able to take advantage of the statute because she indeed was born of one US national. Her mother was a US national. But if we retroactively consider her to have been a US national from birth, then he was born to a US national too. At least the argument is... You can understand the argument. You may disagree with the argument, but it seems like the So I don't even know if we could rest on that ground if the BIA... Your Honor, the court does not owe deference to the board's decisions on nationality, and the court can absolutely reach this and can interpret the statute de novo. I actually agree with that, but you're asking us to do that now based on a footnote in your brief and a ground that the BIA didn't discuss. So that's a difficult position to be in right now, isn't it? Well, I mean, it wouldn't be Chenery. Again, it's de novo. There's no deference owed. I think it's a plain... Well, in the government's position, it's a plain, unambiguous reading of the I think the board, you know, it could be read the same and they don't come out and explicitly, you know, do the heavy lifting of the analysis, but I think, you know, they do find that, you know, they make that finding and, you know, the... I think a more fulsome analysis actually can be found in the immigration judge's decision, and that's an AR 238, where the IJ truly explains step by step, essentially, the point I'm making, and that is that, unfortunately, future generations of someone who took... who was able to take advantage of this statute cannot benefit therefrom. They, on their own account, on their own, must satisfy the statute's requirements. And while his mother could, because she was born of a U.S. national, her son was not at the time of his birth. He was born to two foreign nationals. So, I think... The words born of a national, to borrow directly from subsection four, means at the time of your national, not later. Correct. Why is that obvious? If you're born of a citizen, does that mean born at the time? I mean, is that... I guess I'm not familiar with the phraseology born of. What does that mean? Well, I... it kind of wouldn't make much sense if, you know, for every generation thereafter to say my great-grandmother three times over was a U.S. national, and therefore everyone receives nationality based on that first becoming a national. I mean, Congress has the power to sort of limit its grace, and in this case, it did. Well, it could have used... You're born... At the time of birth, the parent wasn't. It doesn't say that. It just says born of. I don't... Does born of mean something different than born to or born from? I don't know. Is there some significance? Is there a time? Does it imply a different time frame? Well, I think it's fairly well settled that the law at the time of your birth is what's applicable. So, he was born in 1967. She was... His mother was born in 1943. They both were born at a time when the law in place required two U.S. nationals to become... to be born of two U.S. nationals. The prior... prior statute. A person born outside the U.S. I'm sorry. Can you point to any case that applies that at the time of birth principle when... when the governing statute has this at-birth language that we have here? Yeah, I... I don't have anything to give you. It seems like it's the at-birth language that gets us the retroactivity argument, and I couldn't find a case that said even when you have that kind of retroactivity argument, you still have to apply the law at the time. Well, I... I mean, it... At-birth was also in the language of this previous statute, and they... the pref... he's relying... counsel or petitioners relying on this prefatory clause that was there, and... and does apply to those that are born on or after. Again, so it doesn't do... they are not inconsistent. One does not do violence to the other. The court can give meaning to both, but those who are born... interpreting... I mean, you said it was there before. We don't have case law interpreting this language yet, right? Um, I don't know. I don't... I don't know. Do you know how often this comes up? Like, if we were thinking of resolving this case in a published opinion or unpublished, is this the only time this has ever come up, or does this need a published opinion because this is a common issue? It's... well, to be frank, I was told by my 10-year case. Uh, it's... it's quite rare. It's quite rare. And increasingly more rare as time goes on, right? This is going to become a moot issue as time goes on. Exactly. Exactly. Again, I... I still have a couple minutes, but I... you know, um... Yeah, I think that the... the statutory language where, you know, he, again, is under the same... was born under the same requirements as his mother, you know, and she fulfilled those requirements, and he cannot. And we would suggest, or we would argue, that the court should find that that is the plain meaning of the statute. That's how it should be interpreted. That, um, as, um, Your Honor, Judge Freeland said, you know, a code writer putting it in where it's in the code is of no moment. This... this statute is, you know, two, you know, equal sections on how someone can become a U.S. national. If you're born on or after... Can you respond to your opposing counsel's argument that currently there's a policy that would prohibit the Secretary of State from granting approval in this situation, and that there's no way to get judicial review of that, so this question about retroactivity would essentially never be reviewable? I don't think that's so. I mean, I think that if he's in the provision of, what is it, 1403, I mean, if... if someone is in removal proceedings, um, this court has that review. He is not placed... No, no, but could he have gotten a passport from the Secretary of State? That's the question. He says it would have been futile to try because there's this retroactivity. The idea is, as I understood it, that there's a policy against treating the mother as having been a citizen since birth, and if that's true and it's not reviewable, then no court will ever be able to evaluate whether that's the right reading. Is that your understanding of the situation? No, I don't see how it wouldn't be reviewable. I mean, he could... he's in removal proceedings, though, so if he had put himself before the Secretary of State had applied... if he applied, as Your Honor is asking, but he's still in removal proceedings, so there's nothing to prevent this court from, again, reviewing the nationality claim writ large. No, no, but could we review the denial by the Secretary of State of a passport? I think that that still comes under the nationality claim as a bigger question. I'm not... I think he gets judicial review. I mean, 1503 provides for it if it's... if he's not in removal proceedings, it goes to that Secretary if he's in removal proceedings. Could you describe the mechanism for court review of a denial of a passport by the Secretary of State from someone from American Samoa? No, I don't think I can. I'm not sure. I'm not sure, but I mean, it's just... it's not the... it's not the case here, you know. He's... this is the case to be decided, and he's in removal proceedings, and he has not fulfilled the requirements necessary to be a U.S. national, whether the court decides it on the grounds that the board did, that he didn't fulfill his, you know, to the satisfaction of the Secretary of State, or to do a plain, you know, a statutory interpretation of it itself. The government is arguing that he was not... he's not capable of becoming a U.S. national based on the plain language of the statute, and I see I'm definitely over, so I would... Ms. Bentley, do you need an extra minute or two? No, I mean, I think I've exhausted my arguments, but thank you. I'll just ask you one question. I hate to run out of time, but it does seem odd that what's been delegated essentially to the Secretary of State is to make the decision about the very statute we're supposed to apply, and in that delegation there's an argument that the Secretary's interpretation of that statute is wrong, but as Judge Friedland points out, now there's kind of a box. We can't review it, because I think what your opponent is saying, you can't get judicial review of a denial of a passport. That's unreviewable. I don't know not to issue a passport if one were to be applied for would essentially be unreviewable, and it becomes the gatekeeper in this case, because we can't, you know, it's either yes or no. It's either been approved or not approved, and it's not approved. That's the end of the any relief in this case. So it is odd that we find ourselves in this situation. I don't know if I've ever seen a statute where the delegation to the other agency is on the very question that's before us. It's not a subsidiary set of questions like, you know, did somebody commit x kind of crime or, you know. So it is a very oddly written statute in my view. I don't know if you have any comment about that. I guess in my mind, if they've fulfilled or are unable to fulfill the obligation, it still can. Are they satisfying the statute's requirements? And I still think that's something that this court can review, but that's all I have. Ms. Nonk, Judge Gould, and I realize you've exhausted your argument of not the panel, but we appreciate it. But I do have a question for you, a couple of questions on points that are probably totally irrelevant under the statute. And if they are, I want to just affirm to my colleagues and to the parties that I will follow the path of precedent. So don't worry about that. But in the meanwhile, while I'm thinking about this case, we have so many immigration cases on each docket that I'd appreciate your refreshing my memory just on a couple of points. One point is, does the petitioner have a U.S. spouse or children, depending on him, or citizens? I don't know. I think counsel might be able to better answer that question. I just don't recall. I don't expect you to necessarily know the answer. I don't recall. I'll be interested in that. And second is whether petitioner has any criminal record. Yes. I mean, he was in prison for a very long time, about nine years. There was a gap because of a sexual abuse case. Okay. Thank you. I apologize for raising irrelevant issues here. I think I'm right on that. I hope I haven't confused cases. I'm looking at counsel and he's looking around, but I think I'm right on that. Okay. Well, I may have mucked things up here with my questions, but we'll let you go. Well, thank you. And we hope everything's going well in the Capitol. And we'll let Mr. Warren Hurts return to a rebuttal argument with renewed spirit. Thank you, Your Honor. So I guess I want to first highlight, I think Judge Chen sort of captured, I think, my argument very well, which is that it can't be that because the Secretary of State has an incorrect reading of the statute and therefore one is not able to access the proper process through the Secretary of State, that therefore this court's exclusive authority granted by Congress in 1252b5c is somehow ignored. That cannot be. And again, I was truthfully somewhat surprised to hear, you know, Respondent's Counsel talking about the accrual at birth language. I mean, again, that wasn't, that was sort of assumed by the agency below. The statute, I also, you know, the statute is actually, I think, pretty clear that it applies at birth. That's the language that in fact, in the statutory note, it says that this applies for people born before, on, or after the enactment date. So it explicitly applies retroactively, you know, and that's different than some nationality statutes, right, where there is that sort of split in dates, right, where, you know, you're looking at when, you know, when it happened. But here it explicitly applies retroactively. So I truthfully am somewhat surprised by that. And again, that's sort of the argument that we're making here, right, is that's the incorrect reading. That's the position that the Secretary of State has taken. And therefore, there is no ability to apply the Secretary of State in this court. So what if your client had applied for a passport before the removal proceedings began? Are you, do you have a site for us that says there wouldn't have been a way to get judicial review of a denial? No, I actually think in that case, there would be. I mean, I think that's, that's sort of, if my client had applied beforehand, then 1503 provides that review, right? I think what they, what sort of this crystallizes is that for someone in removal proceedings, you know, 1252 B-5 is the exclusive, is the exclusive jurisdiction for decision of that claim, you know, and it's deniable review. I mean, we can look at the language. I'm sorry, I'm just, I'm confused by this. So you're saying, totally apart from removal proceedings, if someone just applies to the Secretary of State for a passport and gets one, or sorry, doesn't get one, it would have to be, doesn't get one, then which provision do you say says that person can go to court? Right. So, so 8 U.S.C. 1503 provides for an affirmative action in district court for someone who's denied the benefits of nationality by an agency. And so for someone in that position, who's not in removal proceedings, you know, again, that's the scheme that Congress has, has enacted, right? Is that there's sort of two different ones. For one, for people who aren't in removal proceedings, you can get that review under 1503. For someone who is in removal proceedings, and there is an exclusion in 1503, for someone in removal proceedings where a claim arises out of removal proceedings. And again, that's the case that we're in now. That's Mr. Kuhn-Wyatt's case. And there, Congress, that's what 15, you know, 1252, right, B-5, that's what 1252 B-5 does, is it covers that situation where there's someone where, who has a final order of removal, you know, the claim arose out of removal proceedings. Then the claim goes through, you know, this court, right? And there's de novo review by this court. You know, and in fact, in Theogene, the Gonzalez, you know, this court found that the claim didn't even need to be exhausted below before the agency, right? So, so similar to here, right? You don't need to exhaust it below the State Department, right? You know, even, even were it, you know, not to have been futile, right? You know, you don't need to exhaust it below because B-5 makes it clear that this court shall decide the nationality. Well, why shouldn't the rule be, you better get a passport before you and if you got denied, you could get review. I mean, is it totally illogical that the rule should be work this all out before you end up in criminal proceedings? Well, again, I mean, Congress wrote 1252 B-5, right? For folks who have a final order of removal, right? That, that nationality claims go through that process, right? There's no, you know, exclusion for different kinds of, of a conviction. And again, you wouldn't even have to have a So, you know, there, there isn't any exclusion. So I feel like that's, that's writing more than what Congress, you know, into the statute than what Congress did. And, you know, here, you know, again, like the full 52 B-5C, which comes 10 years after the amendments in 1986, says the petitioner may have such nationality claim decided only as providing this paragraph. And so, you know, you know, again, there is no way and, you know, Respondents Council could not provide a mechanism for review of a secretary, the secretary of state's sort of policy, which precludes, you know, my, you know, Mr. Koonwaiu from, from being able to prove that he's a U.S. national, again, despite the statute of 14084 stating that it is at birth, right? And again, that's what the agency assumed is that his mother's, his mother's nationality backdates to her birth. Therefore, my client was born of a, of the United States national. And, you know, and then again, there's evidence that she met the presence requirements as well. I agree with you. Would we need to send it to the district court to figure out the physical presence? I don't think so. I think both sides agree that, that there's no issues, material fact, right. That the evidence presented at the evidentiary hearing in 2006 before the, you know, the immigration trial court, which the immigration judge found, you know, found to be sufficient. You know, that's what, in respondent's brief at page 17, they say that, you know, there, there are no issues of material fact and dispute. I mean, I think both sides agree on that, right. That there aren't, that issue has been resolved. That's why I didn't interpret the government as agreeing to that. So I don't know if that's right. I mean, if we thought there was a factual dispute, is the proper course to send it to the district court? Yes. I mean, I think that 1252B5, you know, B5B makes that clear, right. That, that, yes, that if there were an issue, it would be, it would be transferred to the, to the district court. And again, you know, that my reading of, of, of their brief is they, you know, they, they, they state that, that the board eliminated, this is a quote from their brief at page 17, the board eliminated any issue of material fact. So again, that's, maybe that's more ambiguous than I thought it was, but, but, but I thought that meant that there was an agreement that there weren't any issues of material fact. You know, the agency below didn't, didn't, didn't raise that issue. And in fact, again, assume those to be true. So again, you know, the, the, the only reading of, of the statute that, that preserves Congress's clear delegation to this court in 1252B5C is to ensure that for folks in removal proceedings, ensure both their judicial review and that of clear delegation of authority in 1252B5C, the only possible reading of the statutory note is that, is that it does not apply to those in removal proceedings. Right. And so that's, that's what we're asking this court to do, right. Is to, is to, is to, you know, again, to, to, to read that exception into law because there's no other way to line up with Congress's language. Sorry, go ahead. I think I have to mention that you're 4 minutes plus over your already extended time. So I won't be like Chief Justice Rehnquist used to be to interrupt in mid-sentence and say our argument's over. But if you could finish your sentence, I think we need to bring this to a close. It's quite reasonable, Your Honor. And again, I, I appreciate this court's patience with my time. Thank you. Great. Thank you. I want to thank you both, Mr. Bordenhoeks, Ms. Melnyk. You both made excellent arguments against a typically incomprehensible statutory landscape. So the court will take this under consideration and we will render an answer for you in due course. I want to thank you both, and especially thanks given the COVID stresses. Okay. Stacey, could you mark this case? Stacey, could you mark it, submit it, and hit your gavel? You bet. I will. Okay. This is adjourned. Sorry about that, Judge Gould. It's okay. Thank you. Thank you. Thank you, Your Honor. Thank you. Thank you very much.
judges: Gould, Friedland, Chen